UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Magaly Jurajuria Milian                      Case No.: 24-17580-CLC
                                                      Chapter 13

_____Debtor(s)_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒   No further action is necessary.

2)   The following actions have been taken:

☐   The debtor has filed an objection to the proof of claim filed by _____.

☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐   Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on June 7, 2025.

Respectfully Submitted:
*/s/ Jose A. Blanco* | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com